■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FALARO, Appellant. [726 NYS2d 900] —Judgment unanimously affirmed. Memorandum: "The decision to permit a defendant to withdraw a guilty plea rests in the sound discretion of the court" (*People v Burroughs,* 224 AD2d 1034, *lv denied* 88 NY2d 845). County Court did not abuse its discretion in denying the motion of defendant to withdraw his plea, without conducting a hearing or further inquiry, where his bare claim of innocence was unsupported by the record and contrary to his admission during the plea proceeding (*see, People v Anderson,* 270 AD2d 509, 510, *lv denied* 95 NY2d 792; *People v Grigger,* 244 AD2d 205, *lv denied* 91 NY2d 926). (Appeal from Judgment of Cayuga County Court, Corning, J.—Promoting Prison Contraband, 1st Degree.) Present—Green, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARLENE REEDER, Appellant. [726 NYS2d 902] —Judgment unanimously affirmed. Memorandum: The general waiver of the right to appeal encompasses the present contention of defendant that Supreme Court erred in denying her request for youthful offender status (*see, People v Weston,* 275 AD2d 915, *lv denied* 95 NY2d 971; *see generally, People v Hidalgo,* 91 NY2d 733, 737). In any event, the court did not abuse its discretion in denying that request (*see, People v Weston, supra*). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RILEY, Appellant. [726 NYS2d 889] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Manslaughter, 1st Degree.) Present—Green, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ.